## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

LELAND FOSTER,

Individually,                               Case No. 4:13-cv-13013-TGB-DRG

      Plaintiff,                         District Judge: Terrence G. Berg

v.                                          Magistrate Judge: David R. Grand

THE BROWN JUG, INC.,
a Michigan Corporation

      Defendant.

_____/

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Leland Foster, through his attorney of record, and Defendant, The Brown Jug, Inc., through its attorney of record, being all of the parties who have appeared in this action, stipulate to its immediate dismissal with prejudice and without costs and attorney's fees to any party. The parties further agree that the Court shall maintain jurisdiction to enforce the terms and conditions of the parties' settlement agreement.

Plaintiff and Defendant, by
their respective counsels, hereby
stipulate to entry of the foregoing Order.


/s/ *with consent* Owen B. Dunn, Jr.
LAW OFFICE OF OWEN B. DUNN, JR.
Owen B. Dunn, Jr. (P66315)
Attorney for Plaintiff
520 Madison Avenue, Suite 330
Toledo OH 43604
Phone:  (419) 241-9661
Fax:  (419) 241-9737


/s/ Daniel J. Ammon
DOBBS & NEIDLE, PC
30150 Telegraph Road, Suite 410
Bingham Farms, MI 48025
Phone:  (248) 723-9511
Email:  dammon@dobbsneidle.com
MI Bar Number P59273
Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

LELAND FOSTER,

| | |
|---|---|
| Individually, | Case No. 4:13-cv-13013-TGB-DRG |
| Plaintiff, | District Judge: Terrence G. Berg |
| v. | Magistrate Judge: David R. Grand |

THE BROWN JUG, INC.,
a Michigan Corporation,

      Defendant.

_____/

## **ORDER OF DISMISSAL**

By stipulation of all parties who have appeared in this action and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties have agreed to the dismissal of this action with prejudice and with each party to bear their own costs and attorney fees.

Therefore, IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE as to all parties, and without costs and attorney's fees to any party. The Court shall maintain jurisdiction to enforce the terms and conditions of the parties' settlement agreement.

DONE AND ORDERED this _____ day of _____, 2013.

_____
Honorable Terrence G. Berg
United States District Judge